**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALISBE HERNANDEZ GONZALEZ, | § | |
| *Petitioner* | § | |
| | § | |
| v. | § | Case No.  SA-26-CA-00736-XR |
| | § | |
| ACTING DIRECTOR TODD M. LYONS, | § | |
| *et al.*, | § | |
| *Respondents* | § | |

## FINAL JUDGMENT

This action was considered by the Honorable Xavier Rodriguez, and the following Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Petitioner Alisbe Hernandez Gonzalez's petition for writ of habeas corpus is **GRANTED** for the reasons set forth in the Court's Order dated March 30, 2026. Petitioner shall be released from detention in accordance with that Order.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this 30th day of March, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE